CO-386-online
10/03

# United States District Court
# For the District of Columbia

PERFECT 10, INC. )
3455 Kearny Villa Road # 427 )
San Diego, CA 92123 )
)
               Plaintiff )
vs )   Civil Action No._____
)
IWEB GROUP, INC. et al )
20 Place Du Commerce )
Montreal, Quebec H3E1Z6, CANADA )
)
              Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for _Perfect 10, Inc._____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of _Perfect 10, Inc._____ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

466189
BAR IDENTIFICATION NO.

Linda J. Zirkelbach
Print Name

1300 Pennsylvania, Ave, NW, Suite 700
Address

Washington,  DC  20004
City  State  Zip Code

202-204-3005
Phone Number