AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| | | |
|---|---|---|
| PERFECT 10, INC. | ) | |
| _____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:12-cv-1797 |
| IWEB GROUP, INC. | ) | |
| _____ | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PERFECT 10, INC.

Date:   November 5, 2012

_____

*Attorney's signature*

LUISA CARO (BAR NO. 460560)

*Printed name and bar number*

1300 Pennsylvania Avenue, NW
Suite 700
Washington, DC  20004

*Address*

LCARO@THEPOTOMACLAWGROUP.COM

*E-mail address*

202-204-3005

*Telephone number*

202-318-7707

*FAX number*