AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Perfect 10, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:12-cv-01797-ESH |
| IWeb Group, Inc. et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Perfect 10, Inc.

Date:   11/06/2012

*Attorney's signature*

Linda J. Zirkelbach, 466189
*Printed name and bar number*

POTOMAC LAW GROUP, PLLC
1300 Pennsylvania Avenue, N.W., Suite 700
Washington, DC 20004

*Address*

lzirkelbach@thepotomaclawgroup.com
*E-mail address*

(202) 204-3005
*Telephone number*

(202) 318-7707
*FAX number*