AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для
District of Columbia

| | | |
|---|---|---|
| Perfect 10, Inc. | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No. 12-1797  (ESH) |
| v. | ) ) ) ) | |
| IWEB Group, Inc. et al. | ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To:
IWEB INTELLECTUAL PROPERTY INC.
20 Place Du Commerce
Montreal, Quebec H3E1Z6
CANADA
         SERVE:
Registered to do business in Washington, DC, with a registered agent at
1850 M Street, NW, Suite 280, Washington, DC 20036

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. Q. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Linda J. Zirkelbach (D.C. Bar No. 466189)
Luisa Caro (D.C. Bar No. 460560)
POTOMAC LAW GROUP, PLLC
1300 Pennsylvania Avenue, N.W.
Suite 700
Washington, DC 20004
(202) 204-3005

lzirkelbach@thepotomaclawgroup.com
lcaro@thepotomaclawgroup.com

Attorneys for Plaintiff Perfect 10, Inc.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion w

                                                          ERK OF COURT

Date:  November 6, 2012                              /s/ Maureen Higgins
                                                *Signature of Clerk or Deputy Clerk*

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Perfect 10, Inc. )<br>)<br>)<br>)<br>**Plaintiff** )<br>)<br>v. )<br>IWeb Group, Inc. d/b/a iWeb.com, et al. )<br>)<br>)<br>**Defendant** ) | Case No.: 12-1979 (ESH) |

### AFFIDAVIT OF SERVICE

I, Ted Metzger, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons and Complaint for Copyright Infringement in the above entitled case.

That I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

That on November 07, 2012 at 3:34 PM, I served IWeb Group, Inc. d/b/a iWeb.com c/o William Shawn, Registered Agent with the Summons and Complaint for Copyright Infringement at 1850 M Street, NW, Suite 280, Washington, DC 20036 by serving William Shawn, Registered Agent, authorized to accept.

William Shawn is described herein:
Gender: Male   Race/Skin: White   Hair: Grey   Age: 55   Height: 5'6"   Weight: 160

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

11/8/2012
Executed on:

Ted Metzger
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 12-082984                                                                                                                      Client Reference: N/A