AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| PERFECT 10, INC., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:12-cv-01797-ESH |
| IWEB GROUP, INC., ET AL. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

iWeb Group, Inc., iWeb Intellectual Property, Inc., and iWeb Technologies, Inc.

Date:   11/28/2012

*[signature]*
*Attorney's signature*

William H. Shawn DC Bar No. 198416
*Printed name and bar number*

ShawnCoulson, LLP
1850 M St., NW, Suite 280
Washington, DC 20036

*Address*

wshawn@shawncoulson.com
*E-mail address*

(202) 331-2300
*Telephone number*

(202) 403-3747
*FAX number*