UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Action No. 12-1797 (ESH)

PERFECT 10, INC.
34455 Kearny Villa Raod, # 427
San Diego, CA 92123

   Plaintiff,

v.

IWEB GROUP, INC., a Canadian
company d/b/a iWeb.com,
20 Place Du Commerce
Montreal, Quebec H3E1Z6
CANADA

IWEB INTELLECTUAL
PROPERTY INC., a Canadian company
d/b/a iWeb.com,
20 Place Du Commerce
Montreal, Quebec H3E1Z6
CANADA

Registered to do business in Washington,
DC, with a registered agent at
1850 M Street, NW, Suite 280,
Washington, DC 20036

IWEB TECHNOLOGIES, INC., a
Canadian company d/b/a iWeb.com,
20 Place Du Commerce
Montreal, Quebec H3E1Z6
CANADA

and DOES 1 through 100,

   Defendants.

---

### RETURN OF SERVICE UNDER OATH OF OFFICE
### AFFIDAVIT OF SERVICE

  I, CARL THIFAULT, a sworn Bailiff practicing my profession in the Province of Québec, a member in due course of the Chambre des huissiers de justice du Québec, having my office at 511, d'Armes Place, Suite 800, in the City of Montréal, Province of Québec, Canada, being under my oath of office, DO DECLARE:

1-  THAT I am over eighteen years old and not party to this action;

2- THAT I am a court bailiff, being an Officer of justice duly qualified and authorized by the laws of the Province of Québec to effect service of legal process in and within the limits of the said Province;

3- THAT I did on Monday, the 12th day of November, 2012, at 1:11 p.m., serve a copy of a SUMMONS IN A CIVIL ACTION and COMPLAINT FOR COPYRIGHT INFRINGEMENT upon IWEB GROUP INC., one of the Defendants in this action, therein named, by speaking to and leaving the same thereof with CHRISTIAN PRIMEAU, Officer, a person appearing in care and control and/or management and authorized to accept service of legal process on behalf of IWEB GROUP INC., at its said place of business located at 20, Du Commerce Place, in the City of Montréal, Province of Québec, H3E 1Z6, Canada;

4- THAT the said CHRISTIAN PRIMEAU accepted the proceeding so served on behalf of the said respondent company.

AND I HAVE SIGNED,
This 20th day of November, 2012

CARL THIFAULT
Bailiff of justice