IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERFECT 10, INC., <br><br> Plaintiff, <br><br> v. <br><br> IWEB GROUP, INC., et al., <br><br> Defendants. | CASE NO. 1:12-cv-01797-ESH |

**DEFENDANTS' MOTION TO DISMISS**

COME NOW Defendants iWeb Group Inc., iWeb Intellectual Property Inc., and iWeb Technologies Inc. (collectively "Defendants"), and, by counsel, respectfully submit their Motion to Dismiss under Fed. R. Civ. P. 12(b). In support of their position, Defendants have attached their Points and Authorities in Support of thier Motion to Dismiss.

**WHEREFORE,** Defendants respectfully request their Motion be granted, and that this Court grant such other and further relief as it may find just and necessary. A proposed form of order is attached.

DATE: December 21, 2012

                                                Respectfully submitted,

                                                SHAWNCOULSON, LLP

                                                By: /s/ William H. Shawn
                                                William H. Shawn
                                                D.C. Bar No. 198416
                                                1850 M Street, N.W. Suite 280
                                                Washington, D.C. 20036-5804
                                                Te:  202.331.2300

> Fax: 202.403-3747
> wshawn@shawncoulson.com
> Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of December, 2012, I served a copy of the forgoing on all counsel of record via ecf.

> Linda J. Zirkelbach DC Bar No. 466189
> Luisa Caro DC Bar No. 460560
> Potomac Law Group, PLLC
> 1300 Pennsylvania Ave., NW Suite 700
> Washington, DC 20004
> P 202.204.3005
> F 202.318.7707
> lzirkelbach@thepotomaclawgroup.com
> lcaro@thepotomaclawgroup.com
>
> ATTORNEYS FOR PLAINTIFF
>
> /s/Douglas E. Evans
> Douglas E. Evans