UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERFECT 10, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> IWEB GROUP, INC., et al., ) <br> ) <br> Defendants. ) | Case No. 1:12-cv-1797 (ESH) |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, Perfect 10, Inc., pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses, without prejudice, the above-captioned action.

Defendants have filed neither an answer to the complaint nor a motion for summary judgment in this action. Dismissal of this action without prejudice under Rule 41(a)(1) is therefore appropriate.

Dated:    January 29, 2013        Respectfully submitted,

_____
Linda J. Zirkelbach (D.C. Bar No. 466189)
Luisa Caro (D.C. Bar No. 460560)
POTOMAC LAW GROUP, PLLC
1300 Pennsylvania Avenue, N.W., Suite 700
Washington, DC 20004
(202) 204-3005
lzirkelbach@thepotomaclawgroup.com
lcaro@thepotomaclawgroup.com

Of Counsel
Natalie Locke (CA SBN 261363)
Perfect 10, Inc.
11803 Norfield Ct.
Los Angeles, CA 90077
(310) 476-0794
natalie@perfect10.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of January, 2013, I served a copy of the foregoing Notice of Voluntary Dismissal Without Prejudice on all counsel of record via ECF.

SHAWNCOULSON, LLP
William H. Shawn
D.C. Bar No. 198416
1850 M Street, N.W. Suite 280
Washington, D.C. 20036-5804
Tel: 202.331.2300
Fax: 202.403-3747
wshawn@shawncoulson.com
ATTORNEY FOR DEFENDANTS

_____
Linda J. Zirkelbach